UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.09-60141-CIV-COHN/SELTZER

MUSSARAT HASHIM, on her own behalf
and others similarly situated,

    Plaintiff,

v.

THE BEAUTY CAFÉ, INC., a Florida Corporation,
THE BEAUTY CAFÉ II, INC., a Florida Corporation,
RACQUEL BLACK, individually,
and RAFAAY MOHAMMED, individually,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's failure to appear at the Calendar Call on August 20, 2009 and failure to respond to the Order to Show Cause entered August 10, 2009.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is hereby **DISMISSED with prejudice** for lack of prosecution based upon Plaintiff's failure to respond to the Court's Order to Show Cause and Plaintiff's failure to appear at yesterday's Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of August, 2009.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

copies to:
Stanley Kiszkiel, Esq.

Mussarat Hashim
8203 S. Palm Drive, Apt. 521
Pembroke Pines, FL 33025